# EXHIBIT "2"

**From:** Paschal Glavinos
**To:** Paschal Glavinos
**Subject:** FW: GSO
**Date:** Monday, July 22, 2024 2:19:18 PM
**Attachments:** image422951.png
image821042.png
image479012.png
image999275.png
image616672.png
image529441.png
image756936.png
image321881.png

**From:** New Patients <newpatients@gaspineortho.com>
**Sent:** Thursday, September 29, 2022 10:22 AM
**To:** ContactUs <contactus@mkblawfirm.com>
**Subject:** Re: GSO

Good morning,
I am just following up on the below.

Thank you.



**GEORGIA SPINE & ORTHOPAEDICS**
W W W . G A S P I N E O R T H O . C O M
**NEW PATIENTS**
**Georgia Spine & Orthopaedics**
**Surgery Center of Roswell**

📞 (404) 596-5670 Option 1
📠 (404) 334-0479
@ newpatients@gaspineortho.com
🌐 GaSpineOrtho.com

Follow us: f 🐦 in 📷

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** New Patients <newpatients@gaspineortho.com>
**Sent:** Tuesday, September 27, 2022 3:34 PM
**To:** 'contactus@mkblawfirm.com' <contactus@mkblawfirm.com>
**Subject:** GSO

Good afternoon,
I am reaching out to confirm if a client is being represented by your office.

Enaaeenwii Markadoo DOB: 07/17/75

If so, can you please confirm if we may proceed with scheduling, patient was referred by their chiropractic office.

Thanks and I look forward to hearing from you!
Gladys