# EXHIBIT "3"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KETRA GOINS, | |
| Plaintiff, | CIVIL ACTION<br>FILE NO.: 1:23-cv-02951-SDG |
| v. | |
| MARK SEAGRAVES AND OLD DOMINION FREIGHT LINE, INC., | |
| Defendants. | |

### Declaration of Matthew R. Sessions

My name is Matthew R. Sessions. I am over the age of majority and of sound mind and suffer from no legal disability. I am competent to provide this declaration.

1.

I am a partner with the law firm of McMickle, Kurey & Branch, LLP, and I am licensed to practice in the Northern District of Georgia. I make this declaration on personal knowledge and as an officer of the Court.

2.

On June 28, 2024, I was at my firm's office located at 217 Roswell Street, Alpharetta, Georgia 30009, when an individual representing herself to be Helen Yesuf came to the front door and asked to speak to an attorney.

3.

Ms. Yesuf introduced herself to me and told me she was an employee of

M1229749.1 16508

1

Georgia Spine and Orthopaedics ("Georgia Spine") and indicated that the reason for her visit to my firm was for marketing purposes.

4.

She provided me with a Georgia Spine branded folder, which included this enclosed business card:



This photo is a true and accurate copy of the business card that Helen Yesuf gave to me and is also attached hereto as Exhibit "1"

5.

The entirety of my conversation with Ms. Yesuf was recorded, and the recording was transcribed. I have personally reviewed the transcript and the recorded audio and compared them to each other. A true and accurate copy of the transcript of the conversation is attached hereto as Exhibit "2". A link to the true and accurate copy of the audio recording is attached hereto as Exhibit "3".

6.

Following my conversation with Ms. Yesuf, I located a LinkedIn profile for an individual named Helen Yesuf who works as a Community Liaison for Georgia Spine. The LinkedIn profile picture for Helen Yesuf matches the woman I met with on June 28, 2024.

**I declare under penalty of perjury that the foregoing is true and correct.**

This 22 day of July, 2024.

_____
Matthew R. Sessions

M1229749.1 16508                         3

# EXHIBIT 1



HELEN YESUF
COMMUNITY LIAISON

(470) 608-3511

helen@gaspineortho.com

www.gaspineortho.com

**GEORGIA SPINE & ORTHOPAEDICS**

**Atlanta/Sandy Springs**
6160 Peachtree Dunwoody Rd.
Suite A-100
Sandy Springs, GA 30328

**College Park**
2300 Camp Creek Pkwy
Suite 150
College Park, GA 30337

**Columbus**
1345 13th St.
Suite Q
Columbus, GA 31901

**Marietta**
50 Plaza Way
Suite C
Marietta, GA 30060

**Roswell**
11650 Alpharetta Hwy
Suite 100
Roswell, GA 30076

**Stockbridge**
175 Country Club Dr.
Bldg 100, Suite E
Stockbridge, GA 30281

**Surgery Center of Roswell**
11650 Alpharetta Hwy
Suite 200
Roswell, GA 30076

**Suwanee/Lawrenceville**
1490 Distribution Dr.
Suite 150
Suwanee, GA 30024

**Tucker**
1350 Montreal Rd.
Suite 290
Tucker, GA 30084



# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KETRA GOINS,<br><br>     Plaintiff,<br><br>v.<br><br>MARK SEAGRAVES AND OLD DOMINION FREIGHT LINE, INC.,<br><br>     Defendants. | CIVIL ACTION<br>FILE NO.: 1:23-cv-02951-SDG |

**Transcript of June 28, 2024 encounter between Matt Sessions and Helen Yesuf**

**Key**

**MS = Matt Sessions**
**HY = Helen Yesuf**

MS:  How's it going?

HY:  Good. How are you?

MS:  Good.

HY:  Good. I'm Helen.

MS:  Matt Sessions, nice to meet you, Helen.

HY:  Nice to meet you. So I work with the Georgia Spine and Orthopaedics

MS:  Sure.

HY:  So, you know our offices are right up the street. We actually just got…

MS:  Yeah

HY:  ….a new spine doc.

MS:  Oh, yeah.

M1230484.1 16508                                    1

HY:  They can also see children…um….

MS:  Great.

HY:  … 10 and up.

MS:  Oh wow.

HY:  But Dr. Bendiks is still there, but he's there.

MS:  Of course.

HY:  And then, um you know, Spanish speaking and all of our locations, we haven't done anything with y 'all in a while, so I figured I would pop over here and see what was up.

MS:  Of course, yeah. Well, I'm happy to listen to whatever the pitch is for sure.

HY:  Yeah. Ok.

MS:  Yeah

HY:  Is there, um… so are you, how many attorneys here are doing personal injury?

MS:  I don't know, there's probably 20 of us.

HY:  So, everyone's doing personal injury?

MS:  Sure.

HY:  Okay, for some reason, I thought you had certain folks that specialized in certain things.

MS:  Well, we do both plaintiffs and defense work.

HY:  Got it

MS:  So some attorneys do more of one than the other.

HY:  Ok.

MS:  That's probably why you've only seen a couple of us.

HY:  Yes, okay, so, but you do plaintiffs' work?

MS:  Sure. Yeah.

HY:  Okay, yeah. Do you happen to have a card?

MS:  Uh, yeah, I probably have one back in my office. I can go get it for you before we leave. Yeah.

HY:  Okay, cool. Um but yeah, I just wanted to update you to see, you know, if there was any issues or anything that you were aware of, um that you know, we were working together, not anymore. Um, anything I can fix.  Anything like that.

MS:  No, no. You know, we just, um you know, to some degree I try to stay out of where my personal injury clients, um you know, choose to get their medical care. I try to let them make the decisions.

HY:  Sure….um

MS:  So it's not anything….

HY:  Are most of your patients um doing, uh…. using their health insurance?

MS:  I tell them to if they have it.

HY:  Yeah.

MS:  Absolutely.

HY:  Ok.

MS:  Yeah, yeah.  Do y'all take health insurance by the way?

HY: Nuh-uh [negative]

MS:  Okay. And y 'all don't do Medicare /Medicaid either, right?

HY: Nuh-uh [negative]

MS:  Gotcha.

HY: No, they're just solely on lien. We're working with Wellstar currently to see if we can um figure out a way to take insurance um to use their facility.

MS:  Okay. Sure.

HY:  If that pans out, then yes, we'll be able to again.

MS:  Yeah

HY:  There's just a lot of groups there.

MS:  Gotcha.  Are y'all doing um, are y'all doing any work that's not lawsuit related?  Like are y'all doing any work that's not either worker's comp or personal injury related?

HY:  Um….do we do any work that's not worker's comp or personal injury related. I mean we do like dog bites and stuff like that.

MS:  Okay, gotcha.

HY:  Is that all considered personal….

MS:  Yeah, yeah, yeah. I was just curious if y'all have any patients these days that are coming from, you know, essentially non-attorney referrals.

HY:  We have cash, and we also work with, like, um patients that just find us online and come in.

MS: Okay, gotcha. How often does that happen?

HY:  I have no idea

MS:  Yeah.

HY:  I don't get in the books like that.

MS:  Yeah, yeah, yeah.

HY:  Um, and then we also have, you know, doctor's referrals….

MS:  Sure.

HY:  ….from other doctor's offices.

MS:  Yeah, yeah, I didn't even think about that. Makes sense.

HY:  Um, it's probably, I don't know, 35-40 % is coming from like a chiropractic office or another type of office…

MS:  Yeah, yeah.

HY:  … pain management, for us to do surgeries, that kind of thing.

MS:  Yeah.

HY:  And the rest is attorneys and then a bit of that is also cash folks….

MS:  Sure. Yeah, that makes good sense.  Uh so what pinged you to make you stop by our office today?

M1230484.1 16508                                                4

HY: So, um, I just got this like account, this area.

MS: Ok.

HY: So normally I'm like, West Midtown, Midtown, Buckhead, Decatur, like the opposite direction.

MS: Yeah, yeah

HY: And so when I got this territory, I just did research to see like, oh, who is this person?

MS: Yeah.

HY: When was the last time they sent us stuff, like that kind of thing.

MS: Gotcha.

HY: Um, and I like to fix things. So…..

MS: Sure.

HY: … I'm just like, I wonder if something happened, and no one addressed it and so there is like not work because it went from like a couple patients being there to like nothing.

MS: Yeah, yeah okay that's so interesting so y'all can see in your system the last time we sent a patient over to Georgia Spine?

HY: Uh-huh…

MS: Oh, cool.

HY: ….if I specifically look for you.

MS: Okay, like search for the law firm?

HY: Mhhm.

MS: Okay.

HY: And it had to have come from the law firm.

MS: Yeah yeah, okay so y'all can like tell where your patients come from.

HY: Yeah, we have to be able to tell.

MS: Of course. Yeah, I mean, I get it. How else could you run a business.

HY:  Right …. yeah. But for all the, like, in order to give feedback to the proper place.

MS:  Yeah.

HY:  Um, In order to um you know where we send bills, records, all that kind of stuff. So, yeah.

MS:  Of course.

HY:  We have to keep that ….{*inaudible*}

MS:  Yeah. Very cool.

HY:  I just want to make sure…how long have you been here?

MS:  Since 2020.

HY:  Oh, okay.

MS:  Yeah, yeah.

HY:  So, I'll be expecting a patient from you.  I'm going to follow you to get a business card.

MS:  If uh… Here, I'll just bring it back to you.

HY:  Okay, cool.

MS:  My office is just around the corner, but, you know, if somebody wants to go see ya, then that's uh… Yeah, yeah, yeah.  I won't stop them.

MS:  Here ya go.

HY:  Thank you so much.

MS:  Nice to meet you, Helen.

HY:  Yeah, it was so nice to meet you. Have a great weekend.

MS:  Of course, if I can ever do anything else for you give me a call.

HY:  I appreciate it.  Thank you.

MS:  Yeah.

# EXHIBIT 3

Link to original audio of Helen Yesuf's discussion with attorney Matthew R. Sessions:

https://www.dropbox.com/scl/fo/h48zpdyh4cmnzjeas2897/AN9S0J7vOhqAC4I2IS7t2m4?rlkey=wllrs69pk1kyk57umxnr9agy2&st=jzpjined&dl=0