## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

KETRA GOINS,

    Plaintiffs,

              v.

MARK SEAGRAVES and OLD
DOMINION FREIGHT LINE, INC,

    Defendants.

Civil Action No.
1:23-cv-02951-SDG

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL
## AS TO GEORGIA SPINE AND ORTHOPAEDICS

The Court GRANTS Defendants' Motion to Compel as to non-party Georgia

Spine and Orthopedics ("GSO") [ECF 57], as follows:

### I.      Required Production

GSO is ORDERED to produce the following:

> The native "Report" output of the CareCloud database
> software, displaying the amounts Georgia Spine and
> Orthopedics billed to all Georgia Spine and Orthopedics
> patients as well as the amounts accepted in satisfaction
> of those bills, along with the "Responsible Party"
> identified for each of those patients, for the time period
> beginning January 1, 2021, through and including
> December 31, 2023. The Report shall be run as one Report
> and not divided by year.

GSO is ORDERED to redact patient names only; GSO may not redact the name or

identity of any referral source, including any lawyer or law firm. GSO is

ORDERED to produce the report in the same format as Docs. 57-1 and 57-2.

GSO is FURTHER ORDERED to produce any other documents, reports or evidence demonstrating the identities of referral sources for its patients first receiving treatment beginning January 1, 2021, through and including December 31, 2023, that are not otherwise contained in the CareCloud Report ordered above.

All productions required hereinabove shall be delivered to Defendants' counsel within fourteen (14) days of entry of this Order.

**SO ORDERED** this 22nd day of August, 2024.

Steven D. Grimberg
United States District Judge